**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>*Defendant*. | Case No. 26-cv-3035-DKC |

**<u>Joint Status Report & Proposed Schedule</u>**

Pursuant to the proceedings held before the Court on September 30, 2026, Plaintiff Democracy Forward Foundation ("DFF") and Defendant U.S. Citizenship and Immigration Services ("USCIS"), by and through their respective undersigned counsel, hereby submit the following joint status report and state:

1. In this matter, Plaintiff DFF seeks to compel the production of USCIS records under the Freedom of Information Act ("FOIA") regarding documents related to voter roll requests and other activities by the government related to the upcoming mid-term and other elections. *See* Compl. ¶¶ 12, 21, 31, 40, 50.

2. To date, USCIS searches for responsive records have identified approximately 100 pages of "component records." USCIS's email searches remain ongoing.

3. The parties have conferred and jointly propose the following initial next steps:

   a. By October 28, 2026, USCIS will process and produce nonexempt portions of the approximately 100 pages of "component records" collected to date; and

b. By October 30, 2026, the parties will confer and file a joint status report informing the Court of:

(i) the results of USCIS's remaining searches (including the volume of potentially responsive records identified); and

(ii) a proposed processing rate for production of nonexempt portions of the remaining records identified.

4. A proposed order is attached.

Dated: September 30, 2026

Kelly O. Hayes
United States Attorney

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
(Bar No. 32225)
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4921
Theodore.Atkinson2@usdoj.gov

Respectfully submitted,

/s/ *Amy C. Vickery*
Amy C. Vickery
(D. Md. Bar No. 32381)
Daniel A. McGrath
(D. Md. Bar No. 31501)
Ronald A. Fein
(D. Md. Bar No. 32456)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
avickery@democracyforward.org
dmcgrath@democracyforward.org
rfein@democracyforward.org