**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DEMOCRACY FORWARD FOUNDATION,

*Plaintiff,*

vs.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendant.*

Case No. 26-cv-3035-DKC

**ORDER ENTERING INITIAL SCHEDULE**

Upon consideration of the Joint Status Report, Dkt No. 15, and the parties' representations during the telephone conference with the court on September 30, 2026, it is hereby

**ORDERED** that by October 28, 2026, Defendant U.S. Citizenship and Immigration Services ("USCIS") will process and produce nonexempt portions of the approximately 100 pages of "component records" collected to date; and further

**ORDERED** that by October 30, 2026, the parties will confer and file a joint status report informing the Court of:

a. the results of USCIS's remaining searches (including the volume of potentially responsive records identified); and

b. a proposed processing rate for production of nonexempt portions of the remaining records identified.

September 30, 2026

Deborah K. Chasanow
United States District Judge